# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00236-CV

**The State of Texas, Appellant**

**v.**

**Christine Ellis, D.D.S.; Alexandra Alvarez; and Joshua LaFountain, Appellees**

### FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-GN-19-004849, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The parties have filed an agreed joint motion to seal the supplemental clerk's record and briefing referencing the supplemental clerk's record. To comply with the trial court's orders that require certain documents and records to remain under seal, the parties in their motion request that the Court allow the agreed supplemental clerk's record and unredacted briefing that references the supplemental clerk's record to be filed under seal. *See* Tex. Hum. Res. Code § 36.102 (requiring *qui tam* petitions to be filed under seal under Texas Medicaid Fraud Prevention Act). The parties represent that the supplemental clerk's record contains the unredacted documents and records that were provided *in camera* to the trial court. The parties also represent that redacted versions of their briefing will be publicly filed.

We grant the parties' motion and direct the Clerk's Office to file under seal the agreed supplemental clerk's record and unredacted briefing that references the supplemental clerk's record.

It is ordered on June 8, 2022.


Before Justices Goodwin, Baker, and Triana